THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In 
 The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Michael Wayne
Seawright,        Appellant.
 
 
 

Appeal From Pickens County
John W. Kittredge, Circuit 
 Court Judge

Unpublished Opinion No.
2004-UP-177
Submitted January 29, 2004  Filed March 16, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief 
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General 
 Charles H. Richardson, all of Columbia; Solicitor Robert M. Ariail, of Greenville, 
 for Respondent.
 
 
 

PER
CURIAM:  Michael Wayne Seawright appeals his convictions 
 for first-degree burglary and grand larceny.  Seawrights appellate counsel 
 has petitioned to be relieved as counsel, stating he has reviewed the record 
 and has concluded Seawrights appeal is without merit.  The issue briefed by 
 counsel concerns whether the trial court erred in failing to instruct the jury 
 to receive the testimony of an accomplice with caution.  Seawright has filed 
 a brief with this court on his own behalf alleging ineffective assistance of 
 counsel and averring he does not waive or forfeit any claims presented and raised 
 during trial.
After a review of the record 
 as required by Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly 
 appealable issues in this case that are arguable on their merits.  Accordingly, 
 we dismiss Seawrights appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and ANDERSON, JJ., concur.

 
 [1]  
 Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.